UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DANIEL MARTIN, | ) | CASE NO. EDCV 10-1319-AHM (PJW) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING REPORT AND |
| v. | ) ) | ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) ) | STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　DATED: December 2, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE